FRANK SPARKS v. STATE.

No. A-488.   Opinion Filed March 21, 1911.

Appeal from Jefferson County Court; G. M. Bond, Judge

Plaintiff in error was convicted in the county court of Jefferson county on a charge of selling intoxicating liquor and appeals. Affirmed.

J. H. Harper, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error

PER CURIAM. This appeal was filed in this court on the 14th day of December, 1909. The case-made was not filed in the court below and will have to be stricken from the record. No errors appearing in the transcript, the judgment of the court below is affirmed.

H. W. GREEN v. STATE.

No. A-489.   Opinion Filed March 21, 1911.

Appeal from Jefferson County Court; G. M. Bond, Judge.

Plaintiff in error was convicted in the county court of Jefferson county on a charge of unlawfully transporting intoxicating liquor, and appeals. Affirmed.

J. H. Harper, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. This apppeal was filed in this court on the 14th day of December, 1909. The case-made was not filed in the court below and will have to be stricken from the record. No errors appearing in the transcript, the judgment of the court below is affirmed.